Paul B. Justi (SBN124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
T: 925.256.7900
F: 925.256.9204
pbjusti@comcast.net

Attorneys for Plaintiff
LEON JACKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON JACKS,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC., a Delaware corporation; SAM'S CLUB, a business entity form unknown; and DOES 1-25, inclusive,<br><br>    Defendants | CASE NO. 2:10-cv-00573-JAM-DAD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE BASED ON SETTLEMENT AND ORDER DISMISSING ACTION WITH PREJUDICE** |

    WHEREAS, the parties have fully and finally and irrevocably settled the above-referenced action;

    NOW, THEREFORE, the parties hereto, by and through their respective counsel of record, hereby stipulate to dismiss the above-referenced action in its entirety with prejudice, each

///
///
///
///
///

- 1 -
STIPULATION FOR DISMISSAL WITH PREJUDICE BASED ON SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1  side to bear their own costs and attorneys' fees.

2  Date: April ___, 2010                            LAW OFFICES OF PAUL B. JUSTI

                                                    By: _____/s/ Paul B. Justi_____
                                                           Paul B. Justi

                                                    Attorney for plaintiff LEON JACKS

   Date: April ___, 2010                            PHILLIPS, SPALLAS & ANGSTADT, LLP

                                                    By: _____/s/ Natalja Fulton_____
                                                           Natalja Fulton

                                                    Attorney for defendants WAL-MART
                                                    STORES, INC. and SAM'S CLUB

**ORDER**

GOOD CAUSE APPEARING, based on the above stipulation and the parties having settled this action in its entirety, this action is ordered DISMISSED in its entirety with prejudice, each side to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  April 27, 2010                              /s/ John A. Mendez
                                                    HON. JOHN A. MENDEZ, JUDGE,
                                                    UNITED STATES DISTRICT COURT FOR
                                                    THE EASTERN DISTRICT OF
                                                    CALIFORNIA

- 2 -
STIPULATION FOR DISMISSAL WITH PREJUDICE BASED ON SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com